| Fill in this information to identify the case: | |
|---|---|
| Debtor | BSK BROADWAY, LLC |
| United States Bankruptcy Court for the: | Northern District of CA (State) |
| Case number (If known) | 21-40687-CN |

☑ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><br>Date or dates debt was incurred<br>_____<br><br>Last 4 digits of account number ___ ___ ___ ___<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>Basis for the claim:<br>_____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $_____ | $____Unknown |
| **2.2** | **Priority creditor's name and mailing address**<br>Franchise Tax Board<br>Bankruptcy Section, MS A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952<br><br>Date or dates debt was incurred<br>_____<br><br>Last 4 digits of account number ___ ___ ___ ___<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>Basis for the claim:<br>_____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $_____ | $____Unknown |
| **2.3** | **Priority creditor's name and mailing address**<br>Employment Development Department<br>Bankruptcy Unit-MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001<br><br>Date or dates debt was incurred<br>_____<br><br>Last 4 digits of account number ___ ___ ___ ___<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>Basis for the claim:<br>_____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $_____ | $____Unknown |

Debtor: **BSK BROADWAY, LLC**
Name

Case number (if known) 21-40687-CN

# Part 1. Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.4 Priority creditor's name and mailing address**
CA Dept. of Tax & Fee Administration
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029

$ _____  $ 186,516.11

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

---

**2._ Priority creditor's name and mailing address**
_____
_____
_____

$ _____  $ _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

---

**2._ Priority creditor's name and mailing address**
_____
_____
_____

$ _____  $ _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

---

**2._ Priority creditor's name and mailing address**
_____
_____
_____

$ _____  $ _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

Case: 21-40687   Doc# 55   Filed: 10/04/21   Entered: 10/04/21 11:15:55   Page 2 of 11

Debtor: BSK BROADWAY, LLC
Case number (if known): 21-40687-CN

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|
| 3.1 | Airgas USA LLC<br>1224 6th Street<br>Berkeley, CA 94710<br><br>Date or dates debt was incurred: _____<br>Last 4 digits of account number: __ __ __ __ | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>Basis for the claim: _____<br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $ 762.46 |
| 3.2 | Almanac Beer Co.<br>651 W Tower Ave<br>Alameda, CA 94501<br><br>Date or dates debt was incurred: _____<br>Last 4 digits of account number: __ __ __ __ | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>Basis for the claim: _____<br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $ 240.00 |
| 3.3 | American Paper & Provisions<br>P.O. Box 91658<br>City of Industry, CA 91715<br><br>Date or dates debt was incurred: _____<br>Last 4 digits of account number: __ __ __ __ | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>Basis for the claim: _____<br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $ 921.04 |
| 3.4 | Bay Area Beverage Company<br>700 National Court<br>Richmond, CA 94804<br><br>Date or dates debt was incurred: _____<br>Last 4 digits of account number: __ __ __ __ | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>Basis for the claim: _____<br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $ Unknown |
| 3.5 | Bay Area Distributing Co.<br>1061 Factory Street<br>Richmond, CA 94804<br><br>Date or dates debt was incurred: _____<br>Last 4 digits of account number: __ __ __ __ | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>Basis for the claim: _____<br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $ 1,012.50 |
| 3.6 | Bay Edge Inc.<br>1456 Fourth Street<br>Berkeley, CA 94710<br><br>Date or dates debt was incurred: _____<br>Last 4 digits of account number: __ __ __ __ | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>Basis for the claim: _____<br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $ 452.00 |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | |
|---|---|---|
| 3.7 | **Nonpriority creditor's name and mailing address**<br>Beneficial State Bank<br>1438 Webster Street, Suite 100<br>Oakland, CA 94612<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number ____ ____ ____ ____ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br>☐ Liquidated and neither contingent nor disputed<br><br>**Basis for the claim:** _____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 294,395.25 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>BiRite Foodservice Distributors<br>123 South Hill Drive<br>Brisbane, CA 94005<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number ____ ____ ____ ____ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** _____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 2,836.28 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>Brex Inc.<br>110 South Park Street<br>San Francisco, CA 94107<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number ____ ____ ____ ____ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** _____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 2,437.36 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>Coffee Max<br>928 Martin Trail<br>Daly City, CA 94014<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number ____ ____ ____ ____ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** _____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ Unknown |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>Complete Linen Services<br>290 South Maple Street<br>South San Francisco, CA 94080<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number ____ ____ ____ ____ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** _____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 468.80 |

Debtor  BSK BROADWAY, LLC  
Name

Case number (*if known*) 21-40687-CN

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 202.50 |
|---|---|---|---|
| | Dairy Delivery Inc. | ☒ Contingent | |
| | 10029 Minnesota Avenue | ☒ Unliquidated | |
| | Penngrove, CA 94951 | ☒ Disputed | |
| | | ☐ Liquidated and neither contingent nor disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☐ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 1,394.78 |
|---|---|---|---|
| | Ecolab Pest Elimination Division | ☒ Contingent | |
| | P.O. Box 32027 | ☒ Unliquidated | |
| | New York, NY 10087 | ☒ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☐ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ Unknown |
|---|---|---|---|
| | Fieldwork Brewing Company | ☒ Contingent | |
| | P.O. Box 398768 | ☒ Unliquidated | |
| | San Francisco, CA 94139 | ☒ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☐ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 285.60 |
|---|---|---|---|
| | Firebrand Artisan Breads | ☒ Contingent | |
| | 2343 Broadway | ☒ Unliquidated | |
| | Oakland, CA 94612 | ☒ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☐ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 1,907.75 |
|---|---|---|---|
| | Greenleaf | ☒ Contingent | |
| | P.O. Box 45192 | ☒ Unliquidated | |
| | San Francisco, CA 94145 | ☒ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☐ No ☐ Yes | |

Debtor **BSK BROADWAY, LLC** Case number *(if known)* 21-40687-CN

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

### 3.17
**Nonpriority creditor's name and mailing address**
Hachette Book Group
53 State Street
Boston, MA 02109

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 3,052.50

### 3.18
**Nonpriority creditor's name and mailing address**
Hobo Wine Co.
P.O. Box 11106
Oakland, CA 94611

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 675.00

### 3.19
**Nonpriority creditor's name and mailing address**
Kaiser Permanente
P.O. Box 23219
San Diego, CA 92193

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ Unknown

### 3.20
**Nonpriority creditor's name and mailing address**
Kermit Lynch
830 Cedar Street
Berkeley, CA 94710

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 360.00

### 3.21
**Nonpriority creditor's name and mailing address**
Kurt Schmitz Jr.
410 Hester Street
San Leandro, CA 94577

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,736.41

Debtor  **BSK BROADWAY, LLC**  Case number (*if known*) 21-40687-CN
       Name

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.22** Nonpriority creditor's name and mailing address
LibDib
6980 Santa Teresa Blvd, Suite 201
San Jose, CA 95119

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 168.00

**3.23** Nonpriority creditor's name and mailing address
Monterey Fish Market Seafood
Pier 33
San Francisco, CA 94111

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 3,000.43

**3.24** Nonpriority creditor's name and mailing address
No More Dirt
1699 Valencia Street
San Francisco, CA 94110

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,135.00

**3.25** Nonpriority creditor's name and mailing address
Old Kan Beer
95 Linden Street, Suite 7
Oakland, CA 94607

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 234.00

**3.26** Nonpriority creditor's name and mailing address
Pars Design & Construction
2301 Stewart Avenue
Walnut Creek, CA 94596

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 101,039.71

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page 7 of 11

Debtor: **BSK BROADWAY, LLC**
Name

Case number (*if known*) 21-40687-CN

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.27** Nonpriority creditor's name and mailing address

Petaluma Farms
700 Cavanaugh Lane
Petaluma, CA 94952

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,652.60

---

**3.28** Nonpriority creditor's name and mailing address

PG&E
P.O. Box 997300
Sacramento, CA 95899

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 22,078.37

---

**3.29** Nonpriority creditor's name and mailing address

Plate IQ
6400 Hollis Street
Emeryville, CA 94608

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,000.00

---

**3.30** Nonpriority creditor's name and mailing address

Ratzlaff Ranch
13200 Occidental Road
Sebastopol, CA 95472

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 494.50

---

**3.31** Nonpriority creditor's name and mailing address

Revel Wine
P.O. Box 11106
Oakland, CA 94611

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 581.40

---

# Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.32** Nonpriority creditor's name and mailing address
Romina Foods
P.O. Box 232385
Encinitas, CA 92023

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 320.00

**3.33** Nonpriority creditor's name and mailing address
Salt Partners LLC
885 South Van Ness Ave
San Francisco, CA 94110

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 293,714.60

**3.34** Nonpriority creditor's name and mailing address
Wine Warehouse
P.O. Box 45616
San Francisco, CA 94145

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 500.60

**3.35** Nonpriority creditor's name and mailing address
Young's Market Company
P.O. Box 743564
Los Angeles, CA 90074

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 850.68

**3.36** Nonpriority creditor's name and mailing address
BSK Broadway, LLC PPP1
c/o Beneficial State Bank, Attn: Alex Jaggard
1438 Webster Street, Suite 100
Oakland, CA 94612

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 284,395.25

# Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

### 3.37
**Nonpriority creditor's name and mailing address**
BSK Hospitality Group, LLC PPP1
c/o Beneficial State Bank, Attn: Alex Jaggard
1438 Webster Street, Suite 100
Oakland, CA 94612

**As of the petition filing date, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred: _____
Last 4 digits of account number: __ __ __ __

$ 43,072.50

### 3.38
**Nonpriority creditor's name and mailing address**
BSK Broadway, LLC PPP2
c/o Beneficial State Bank, Attn: Alex Jaggard
1438 Webster Street, Suite 100
Oakland, CA 94612

**As of the petition filing date, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred: _____
Last 4 digits of account number: __ __ __ __

$ 398,153.00

### 3.39
**Nonpriority creditor's name and mailing address**
BSK Broadway, LLC Restaurant Revitalization Fund
c/o U.S. Small Business Administration
Attn: District Counsel
455 Market Street, Suite 600
San Francisco, CA 94105

**As of the petition filing date, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred: _____
Last 4 digits of account number: __ __ __ __

$ 210,414.00

### 3.40
**Nonpriority creditor's name and mailing address**
Peter de Pentheny O'Kelly
1758 Palou Avenue
San Francisco, CA 94124

**As of the petition filing date, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred: _____
Last 4 digits of account number: __ __ __ __

$ 141,074.15

### 3.41
**Nonpriority creditor's name and mailing address**
Tiffany Yam
213 3rd Avenue, Apt. 3
San Francisco, CA 94118

**As of the petition filing date, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred: _____
Last 4 digits of account number: __ __ __ __

$ 5,869.89

Debtor  BSK BROADWAY, LLC  
Name

Case number *(if known)* 21-40687-CN

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 186,516.11 |
| 5b. **Total claims from Part 2** | 5b. + | $ 1,825,888.91 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 2,012,405.02 |